

Joseph H Mizrahi – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

March 2, 2022

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Guerrero v. Moon Valley Natural Products LLC*; Case No. 1:22-cv-00471 (CM)

Dear Judge McMahon:

We represent plaintiff Edelmira Guerrero ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for March 10, 2022, at 10:00 a.m. Defendant has just recently been served in this matter and their answer is due on March 16, 2022. Defendant has not yet contacted Plaintiff or made an appearance. We respectfully request an adjournment of 45 days to allow time for Defendant to appear and file a responsive pleading. This is Plaintiff's first request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Joseph H Mizrahi*
JOSEPH H MIZRAHI

cc:   All Counsel of Record (via ECF)

OK, Conference adjourned to 4/21/22 at 10:00 a.m.

Colleen McMahon
3/2/2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2022